Dated: May 2, 2006

LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California  94104
Telephone      (415) 646-7160
Facsimile       (415) 981-1270

Attorneys for Plaintiff



IT IS SO ORDERED
Judge Maxine M. Chesney

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. REED,<br><br>   Plaintiff,<br><br>   vs.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., et al.<br><br>   Defendants. | Case No. C 06 1441 JCS<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., JOHNSON & JOHNSON COMPANY AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC.**<br><br>HON. JOSEPH C. SPERO |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses without prejudice defendants **ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., JOHNSON & JOHNSON COMPANY AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC.** from the above-captioned action.

Dated: May 1, 2006

LEVIN SIMES KAISER & GORNICK LLP

_____
Dennis J. Canty
Attorneys for Plaintiff