**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD B. REID,

        Plaintiff,

  v.

ASTRAZENECA PHARMACEUTICALS, L.P.,

        Defendant.

_____/

No. C-06-1441 MMC

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

      Before the Court is plaintiff's Case Management Conference Statement, filed June 16, 2006, by which plaintiff seeks to continue the June 30, 2006 case management conference in the instant action by approximately 120 days.  Plaintiff states a continuance is necessary because he anticipates the instant action will be transferred for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation, and because he has not yet served the defendants.  Because the instant action was filed February 27, 2006, the 120-day deadline for plaintiff to serve defendants, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, has not yet elapsed.

      Accordingly, for good cause shown,

      1.  The June 30, 2006 case management conference is hereby continued to October 27, 2006 at 10:30 a.m.  A joint case management statement shall be filed no later than

1  October 20, 2006.  The deadline to serve the defendants, pursuant to Rule 4(m)

2  of the Federal Rules of Civil Procedure, remains in effect.

3     **IT IS SO ORDERED.**

4
   Dated: June 19, 2006

5                                                    MAXINE M. CHESNEY
                                                     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28